# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

        V.        CASE NUMBER: 5:07-CV-999(NAM/GJD)

**$10,000.00 U.S.C.**

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that an uncontested judgment of forfeiture be entered forfeiting all right, title and interest to Defendant $10,000.00 U.S.C. to Plaintiff UNITED STATES OF AMERICA for disposition in accordance with law pursuant to the Order of the Hon. Norman A. Mordue dated January 29, 2008.

DATED:    January 29, 2008

                                            Clerk of Court

LKB:lmp